1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13

**IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BERNARD G. SKOMAL TO MAGISTRATE JUDGE DANIEL E. BUTCHER**

**TRANSFER ORDER**

14
15
16
17

   **IT IS HEREBY ORDERED** that the following listed cases are transferred from the

18 calendar of the Honorable Bernard G. Skomal to the calendar of the Honorable Daniel E.

19 Butcher for all further proceedings.  All conferences or hearing dates previously set before

20 Judge Skomal will remain as scheduled and will be before Judge Butcher.  All dates before

21 any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 18-cv-2761-CAB | Whatley v. Valdovinos, et al. |
| 19-cv-00723-L | Walker v. Nestle USA, Inc. |
| 19-cv-01301-CAB | Impact Engine, Inc. v. Google LLC |
| 19-cv-02153-LAB | Quezada v. Franklin Madison Group, LLC |
| 20-cv-00042-JLS | Latour v. Commissioner of Social Security |
| 20-cv-00450-MMA | Palacios v. County of San Diego, et al. |

22
23
24
25
26
27
28

1  20-cv-00456-WQH          Suarez v. County of San Diego, et al.

2  20-cv-00509-H            Vanden Berge v. Masanto, et al.

3

4     **IT IS SO ORDERED.**

5  Dated:  May 27, 2020

6                                    Hon. Bernard G. Skomal
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28