Gerald Singleton (SBN 208783)
Brody A. McBride (SBN 270852)
Trenton G. Lamere (SBN 272760)
SINGLETON SCHREIBER
McKENZIE & SCOTT, LLP
450 A Street, 5th Floor
San Diego, California 92101
P:     (619) 697-1330
F:     (619) 697-1329
gsingleton@ssmsjustice.com
bmcbride@ssmsjustice.com
tlamere@ssmsjustice.com

Adam Hepburn (SBN 292736)
Michael P. Hernandez (SBN 292679)
Elliot Jung (SBN 285491)
HEPBURN, HERNANDEZ, & JUNG
TRIAL ATTORNEYS
2121 Palomar Airport Road, Suite 300
Carlsbad, CA 92011
Tel:   (888) 505-2934
Fax:   (877) 808-8348
mhernandez@hhjtrialattorneys.com
ahepburn@hhjtrialattorneys.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT OF CALIFORNIA

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PALACIOS, individually and as successor in interest to her son, Ivan Ortiz, deceased<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>    Defendants. | Case No. 3:20-cv-0450-MMA-DEB<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

/ / /

/ / /

/ / /

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have entered into a conditional settlement agreement in this matter that will resolve this case in its entirety.

Dated: April 2, 2021

SINGLETON LAW FIRM, APC

By:  *s/Trenton G. Lamere*

Trenton G. Lamere

Attorneys for Plaintiff Maria Palacios